FILED
CLERK, U.S. DISTRICT COURT

OCT   5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GUERRERO, | No. ED CV 07-528-GPS (CW) |
| Plaintiff, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| DR. TERESA FISHER, | |
| Defendant. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge.  No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that defendant's motion to dismiss (docket no. 18, filed September 28, 2007) be granted; (3) that the First Amended Complaint be dismissed without leave to amend; and (4) that judgment be entered dismissing this action without prejudice.

1

1   **IT IS FURTHER ORDERED** that this order and the judgment herein be

2   served on the parties.

3

4   DATED: _____10/5/08_____

5

6                                                GEORGE P. SCHIAVELLI

7                                         United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28