FILED
CLERK, U.S. DISTRICT COURT
OCT 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN GUERRERO, | No. ED CV 07-528-GPS(CW) |
| Plaintiff, | JUDGMENT |
| v. | |
| DR. TERESA FISHER, | |
| Defendant. | |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: 10/5/08

GEORGE P. SCHIAVELLI
United States District Judge